**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK AS
SUCCESSOR TRUSTEE FOR JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR
THE BENEFIT OF THE
CERTIFICATEHOLDERS OF POPULAR
ABS, INC. MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-6
       PLAINTIFF   CASE NUMBER:1:12-cv-4422

    VS.       DISTRICT JUDGE: Harry D. Leinenweber

JUAN SALGADO, UNITED STATES OF MAGISTRATE JUDGE: Geraldine Soat Brown
AMERICA, INTERNAL REVENUE
SERVICE, JUANA OCAMPO,
       DEFENDANT(S).

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

 Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

 Defendant, United States of America, Internal Revenue Service, consents to the entry of this judgment which includes provisions regarding its lien.

 Dated: August 7, 2013

           Respectfully submitted,

           __/s/ Julia M. Bochnowski
           One of Plaintiff's Attorneys

Julia M. Bochnowski # 6301499
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
150 N. Michigan, 8th Floor
Chicago, IL 60601
(219) 769-1313

CONSENTED TO BY:

_/s/ Joel Nathan_____
Joel Nathan
Attorney for United States of America, Internal Revenue Service

{File: 01215346.DOC}

**CERTIFICATE OF SERVICE**

  Under penalties of perjury as provided by law, the undersigned certifies that he served the foregoing Motion, by placing copies in an envelope with proper postage prepaid addressed to the person listed above and depositing the same in the United States Mail, in Merrillville, Indiana on the 7th day of August, 2013.

                     /s/ Julia M. Bochnowski
                     One of Plaintiff's Attorneys

Julia M. Bochnowski #6301499
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
150 N. Michigan, 8th Floor
Chicago, IL 60601
(219) 769-1313

{File: 01215346.DOC}